RCC

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 840**

In the Matter of                                                    Case Number:

WILLIAM AMATTEY

V.

THE CLERK, SUPREME COURT OF ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM AMATTEY

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE BROWN**

| |
|---|
| NAME (Type or print) <br> FRED AMOAKOHENE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Fred Amoakohene |
| FIRM <br> ATTORNEY AT LAW |
| STREET ADDRESS <br> 619 S. LASALLE STREET, SUITE 103 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 427 7280 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |