**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM AMATTEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 08 C 840 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| **SUPREME COURT OF THE** ) | |
| **STATE OF ILLINOIS,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF MOTION

TO: **All Parties of Record**

    PLEASE TAKE NOTICE that on March 25, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, or whomever may be sitting in his stead, Room 1703, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO DISMISS**, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN | */s/ Alice E. Keane* |
| Attorney General of Illinois | ALICE E. KEANE |
| | 100 West Randolph St., 13th floor |
| | Chicago, Illinois 60601 |
| | 312/814-3711 |

### CERTIFICATE OF SERVICE

    The undersigned attorney deposes and states that a copy of the foregoing was served upon the above named, at the above address, by depositing same in the U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601with proper postage prepaid and/or by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 11th day of March, 2008.

                                                    */s/ Alice E. Keane*
                                                    Assistant Attorney General