# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 840 | **DATE** | 3/25/2008 |
| **CASE TITLE** | William Amattey   vs   Supreme Court of State of Illinois | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [8] to dismiss for lack of jurisdiction is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

Case 1:08-cv-00840   Document 10   Filed 03/25/2008   Page 1 of 1