# United States District Court
## Northern District of Illinois
### Eastern Division

William Amattey　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v　　　　　　　　　　　　　　　　　Case Number 08 C 840

Supreme Court of the State of Illinois

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: March 25, 2008　　　　　　　/s/ George Schwemin
　　　　　　　　　　　　　　　　　Deputy Clerk