# United States District Court
## Northern District of Illinois
### Eastern Division

William Amattey　　　　　　　　　　　**AMENDED JUDGMENT IN A CIVIL CASE**

　　　　　　v　　　　　　　　　　　　　Case Number 08 C 840

Supreme Court of the State of Illinois

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action for lack of jurisdiction.

　　　　　　　　　　　　　　　　　　Michael W. Dobbins,
　　　　　　　　　　　　　　　　　　Clerk of Court

Date: March 25, 2008　　　　　　/s/ George Schwemin
　　　　　　　　　　　　　　　　Deputy Clerk